**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 96-50783
Summary Calendar

---

UNTIED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

RUBEN ENRIQUEZ-HERNANDEZ,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Western District of Texas

(EP-96-CR-365)

---

July 1, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

The Appellant, Ruben Enriquez-Hernandez ("Enriquez") appeals his conviction for possession of marijuana. Enriquez contends that there was not sufficient evidence for the jury to find that he knew that marijuana was hidden in the truck he drove. We have reviewed the briefs and the record, and conclude that the record is not devoid of evidence that Enriquez knew the marijuana was hidden in the car. See United States v. Pierre, 958 F.2d 1304, 1310-11 (5th

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 1992) (en banc).

AFFIRMED.